UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 DEC 12 AM 9:29

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Docket No. |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| Guillermo GARCIA-Lopez, ) | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |
| Defendant ) | '07 MJ 2877 |

The undersigned complainant, being duly sworn, states:

On or about **December 10, 2007** within the Southern District of California, defendant, **Guillermo GARCIA-Lopez**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **12th** DAY OF **December, 2007**

Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Guillermo GARCIA-Lopez



## PROBABLE CAUSE STATEMENT

On December 10, 2007 Border Patrol Agents S. Pinckney and J. Jordan were assigned roving patrol duties in the Murietta area of operations. At approximately 2:00 PM the agents responded to a request from the Escondico Police department regarding a subject they had in custody. The agents arrived at the Escondido police station and contacted Officer Holtz who stated that defendant **Guillermo GARCIA-Lopez** was detained and cited for a bicycle infraction and possession of marijuana.

The agents identified themselves as Border Patrol agents to the defendant and queried him as to his immigration status. The defendant admitted that he is a citizen of Mexico illegally present in the United States. At 2:30 PM the Escondido Police Department released the defendant into the custody of Agents Pinckney and Jordan who transported him to the Murrieta Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on April 29, 2007** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant understood his rights and agreed to be interviewed without an attorney present. The defendant admitted that he is a citizen of Mexico illegally present in the United States.