1 | **AMBER A. BAYLOR**
California State Bar No. 248196
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, California  92101-5008
Telephone: (619) 234-8467
4 | Email: Amber_Baylor@fd.org

5 | Attorneys for Mr. Garcia-Lopez

8 | UNITED STATES DISTRICT COURT

9 | FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10 | **(HONORABLE BARBARA L. MAJOR)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07MJ2877-BLM |
| Plaintiff, | |
| v. | |
| GUILLERMO GARCIA-LOPEZ, | **NOTICE OF APPEARANCE** |
| Defendant. | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Amber A. Baylor, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                        Respectfully submitted,

Dated: December 17, 2007              s/ *Amber Baylor*
                                        **AMBER BAYLOR**
                                        Federal Defenders of San Diego, Inc.
                                        Attorneys for Mr. Garcia-Lopez
                                        Amber_Baylor@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  December 17, 2007          /s/  *Amber Baylor*
**AMBER BAYLOR**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
E-mail: Amber_Baylor@fd.org